FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 23 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN KAKOWSKI,

    Plaintiff,

v.

FURLONG, et al.,

    Defendants.

Case No. 3:15-cv-00345-MMD-VPC

**ORDER**

## I. DISCUSSION

On December 30, 2015, the Court issued a screening order and directed Plaintiff to file an initial installment of a filing fee in the amount of $23.20 within thirty (30) days. (ECF No. 12 at 10-11). Plaintiff has failed to pay the initial filing fee within the thirty (30) days. The Court hereby orders Plaintiff to pay the initial filing fee within **thirty (30) days** from entry of this order or this action will be dismissed without prejudice. In the alternative, Plaintiff may file a new application to proceed *in forma pauperis* demonstrating that he is unable to pay the initial filing fee at this time.

///
///
///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED that** Plaintiff shall file the initial filing fee of $23.20, a new application to proceed *in forma pauperis*, within thirty (30) days of entry of this order or this action will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for copy of his second amended complaint (ECF No. 14) is **denied**. The Court cannot provide copies, even for indigent plaintiffs proceeding in forma pauperis. If you wish to receive copies of electronically filed documents from the Court, the cost is $0.10 per page. (*See* Nev. Local R. IC 1-1(i)(5)).

DATED: This 23rd day of June, 2016.

_____
United States Magistrate Judge