Katherine F. Parks, Esq. - State Bar No. 6227
Joseph E. Balkenbush, Esq. – State Bar No. 13306
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
T: (775) 786-2882
F: (775) 786-8004
kfp@thorndal.com
jeb@thorndal.com
Attorneys for Defendants
KEN FURLONG, RON KENNISON,
TERRY PARODI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAKOWSKI,<br><br>                                    Plaintiff,<br><br>vs.<br><br>SHERIFF FURLONG, et al; DEPUTY<br>KENNISON; DEPUTY PARODI,<br><br>                                    Defendants. | CASE NO. 3:15-cv-00345-MMD-VPC<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, BRIAN KAKOWSKI, in the proper person, and Defendants,

KEN FURLONG, DEPUTY RON KENNISON and DEPUTY TERRY PARODI, by and

through their counsel, THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and

hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  | each party to bear their own costs and attorney's fees.

2
3  | DATED this 4th day of OCTOBER, 2016.    DATED this 14th day of November, 2016.

4  |                                         THORNDAL ARMSTRONG DELK
                                            BALKENBUSH & EISINGER
5
6  | BY: BRIAN Kalkowski           By: _____
7  |     Brian Kakowski                     Katherine F. Parks, Esq.
           Inmate No. 4927178                State Bar No. 6227
8  |     Sacramento County Jail             6590 S. McCarran Blvd, Suite B
           651 I Street                      Reno, Nevada 89509
9  |     Sacramento, CA  95814              *Attorneys for Defendants*
10 |     *In Pro Per*

11

12 |                          **ORDER**

13 |     IT IS SO ORDERED.

14
15 |     DATED: _____November 16, 2016_____, 2016.

16

17 |     _____
           UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28